THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Garry David Lee, II, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.2007-UP-282
Submitted May 1, 2007  Filed June 6, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott
 of Columbia; and Solicitor Harold W. Gowdy, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant,
 Garry David Lee, II, pled guilty to first-degree burglary, second-degree
 burglary, safecracking, grand larceny of between $1,000 and $5,000, grand
 larceny of more than $5,000, and arson.  {R. 3, 12-13, 47-60}  The trial
 judge sentenced him to concurrent terms of twenty-five years each on the arson,
 safecracking, and first-degree burglary charges, and ten years for grand
 larceny of greater than $5,000,  five years for grand larceny between $1,000
 and $5,000, and fifteen years for second-degree burglary. {R. 23, 49, 52,
 55, 58, 59, 60}  Lees
 counsel attached to the brief a petition to be relieved as counsel, stating
 that she had reviewed the record and concluded this appeal lacks merit.  Lee
 did not file a separate pro se brief.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.